IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION
1333 H St. NW
Washington, DC  20005,

    *Plaintiff*,

   v.

CENTERS FOR MEDICARE & MEDICAID
   SERVICES
7500 Security Blvd.
Baltimore, MD  21244,

    *Defendant.*

Case No. 18-cv-635

## COMPLAINT

1. Plaintiff Democracy Forward Foundation brings this action against Defendant the Centers for Medicare & Medicaid Services ("CMS") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 (the "FOIA").  Defendant has failed to sufficiently respond to Plaintiff's request for communications and records that relate to CMS's decisionmaking concerning Affordable Care Act enrollment outreach.  Plaintiff therefore respectfully requests that the Court compel Defendant to comply with the FOIA.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

3. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e)(1).

## PARTIES

4.     Plaintiff Democracy Forward Foundation is a not-for-profit organization incorporated under the laws of the District of Columbia, and based in Washington, D.C.  Plaintiff works to promote transparency and accountability in government, in part by educating the public on government actions and policies.

5.     Defendant CMS is a federal agency within the meaning of the FOIA, *see* 5 U.S.C. § 552(f)(1), that is headquartered in Baltimore, Maryland.  CMS has possession, custody, and control of records to which Plaintiff seeks access.

## FACTUAL ALLEGATIONS

6.     On February 16, 2018, Plaintiff sent a FOIA request to CMS concerning CMS's decisionmaking as it relates to the agency's Affordable Care Act outreach efforts.  Plaintiff requested the following categories of records from CMS:

1. All correspondence and communications, including attachments, between Chris Koepke (Director, Strategic Marking Group, CMS) and Seth Levin (Senior Vice President, Weber Shandwick), from Jan. 20, 2017 to the date the search is conducted, containing any of the following search terms: enrollment, econometric, model, channel, learnings, results, Special Enrollment Period, SEP, data matching, or DMI.

2. All correspondence and communications, including attachments, between Chris Koepke (Director, Strategic Marking Group, CMS) and Tim Ryan (General Manager, Weber Shandwick), from Jan. 20, 2017 to the date the search is conducted, containing any of the following search terms: enrollment, econometric, model, channel, learnings, results, Special Enrollment Period, SEP, data matching, or DMI.

3. All correspondence and communications, including attachments, between Chris Koepke (Director, Strategic Marking Group, CMS) and Jonathan Manalo (Vice President, Powell Tate), from Jan. 20, 2017 to the date the search is conducted, containing any of the following search terms: enrollment, econometric, model, channel, learnings, results, Special Enrollment Period, SEP, data matching, or DMI.

4. All correspondence and communications, including attachments, between Chris Koepke (Director, Strategic Marking Group, CMS) and Jane Norris

...

(former Director, Office of Communications, CMS), from Jan. 31, 2017, through March 31, 2017, and from July 1, 2017, through Oct. 1, 2017—or from Jan. 31, 2017, to the date the search is conducted, if that is easier—containing any of the following search terms: enrollment, econometric, model, channel, learnings, Affordable Care Act, ACA, exchange, marketplace, open enrollment, advertising, or budget.

5. All correspondence and communications, including attachments, between Chris Koepke (Director, Strategic Marking Group, CMS) and Mary Wallace (Acting Director, Office of Communications, CMS), from Jan. 31, 2017, through March 31, 2017, and from July 1, 2017, through Oct. 1, 2017—or from Jan. 31, 2017, to the date the search is conducted, if that is easier—containing any of the following search terms: enrollment, econometric, model, channel, learnings, Affordable Care Act, ACA, exchange, marketplace, open enrollment, advertising, or budget.

6. All correspondence and communications, including attachments, between Laura Salerno (Director, Division of Campaign Management, Strategic Marking Group, CMS) and Seth Levin (Senior Vice President, Weber Shandwick), from Jan. 20, 2017 to the date the search is conducted, containing any of the following search terms: enrollment, econometric, model, channel, learnings, results, Special Enrollment Period, SEP, data matching, or DMI.

7. All correspondence and communications, including attachments, between Laura Salerno (Director, Division of Campaign Management, Strategic Marking Group, CMS) and Tim Ryan (General Manager, Weber Shandwick), from Jan. 20, 2017 to the date the search is conducted, containing any of the following search terms: enrollment, econometric, model, channel, learnings, results, Special Enrollment Period, SEP, data matching, or DMI.

8. All correspondence and communications, including attachments, between Laura Salerno (Director, Division of Campaign Management, Strategic Marking Group, CMS) and Jonathan Manalo (Vice President, Powell Tate), from Jan. 20, 2017 to the date the search is conducted, containing any of the following search terms: enrollment, econometric, model, channel, learnings, results, Special Enrollment Period, SEP, data matching, or DMI.

9. All correspondence and communications, including attachments, between Barbara Johanson and Seth Levin (Senior Vice President, Weber Shandwick), from Jan. 20, 2017 to the date the search is conducted, containing any of the following search terms: enrollment, econometric, model, channel, learnings, results, Special Enrollment Period, SEP, data matching, or DMI.

10. All correspondence and communications, including attachments, between Barbara Johanson and Tim Ryan (General Manager, Weber Shandwick from Jan. 20, 2017 to the date the search is conducted, containing any of the following search terms: enrollment, econometric, model, channel, learnings, results, Special Enrollment Period, SEP, data matching, or DMI.

11. All correspondence and communications, including attachments, between Barbara Johanson and Jonathan Manalo (Vice President, Powell Tate) from Jan. 20, 2017 to the date the search is conducted, containing any of the following search terms: enrollment, econometric, model, channel, learnings, results, Special Enrollment Period, SEP, data matching, or DMI.

Ex. A at 1-2.

7. Plaintiff sought a waiver of search and duplicating fees under 5 U.S.C. § 552(a)(4)(A)(iii), which requires a fee waiver if the disclosure is "in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." *See* Ex. A at 3.

8. On February 20, 2018, CMS acknowledged having received Plaintiff's FOIA request on February 16, 2018, and notified Plaintiff that CMS had assigned it control number 021620187031.

## CLAIM FOR RELIEF

### Count One (Violation of the FOIA, 5 U.S.C. § 552)

9. Plaintiff repeats and incorporates by reference the foregoing paragraphs as if fully set forth herein.

10. As of the date of this Complaint, Defendant has failed to produce all records requested by Plaintiff in its February 16, 2018 FOIA request or to demonstrate that such records are lawfully exempt from production. *See* 5 U.S.C. § 552(a)(6)(C). Nor has Defendant notified Plaintiff of the scope of any responsive records it intends to produce or withhold and the reasons for any withholdings, or informed Plaintiff that it may appeal any adequately specific, adverse determination.

11. By failing to respond to Plaintiff's request within the statutorily prescribed time limit, Defendant has violated its duties under the FOIA, including but not limited to its duties to conduct a reasonable search for responsive records, and to produce all responsive, reasonably segregable, non-exempt information.

12. Plaintiff is being irreparably harmed by Defendant's violation of the FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with the FOIA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. order Defendant to conduct searches for any and all responsive records to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request;

2. order Defendant to produce, by a date certain, any and all nonexempt records responsive to Plaintiff's FOIA request and a *Vaughn* index of any responsive records withheld under a claim of exemption;

3. enjoin Defendant from continuing to withhold any and all nonexempt records responsive to Plaintiff's FOIA request;

4. order Defendant to grant Plaintiff's request for a fee waiver;

5. grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

6. grant any other relief this Court deems appropriate.

Dated: March 20, 2018                              Respectfully submitted,

                                                                         /s/ *Javier M. Guzman*
                                                                         Javier M. Guzman (D.C. Bar No. 462679)

Adam Grogg (N.Y. Bar)*
Democracy Forward Foundation
1333 H St. NW
Washington, DC  20005
(202) 448-9090
jguzman@democracyforward.org
agrogg@democracyforward.org

*Admitted in New York; practicing under the supervision of members of the D.C. Bar while D.C. Bar application is pending.

*Counsel for Plaintiff*